**Order entered January 19, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00805-CV

**SHAMELL ROBERSON AND JOEL ROBERSON, Appellants**

**V.**

**SUNOCO PARTNERS MARKETING AND TERMINALS, L.P., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18746**

## ORDER

Before the Court is appellants' January 17, 2023 second motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 16, 2023.

/s/     BILL PEDERSEN, III
         JUSTICE